Certificate Number: 13858-PAM-DE-033988041

Bankruptcy Case Number: 19-04760



13858-PAM-DE-033988041

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2020, at 6:45 o'clock PM EST, George Papoutsis completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 22, 2020

By: /s/Karlee Ann Reardon

Name: Karlee Ann Reardon

Title: Counselor